IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ANTHONY JEROME HAWKINS,

    Plaintiff,

v.                                          CASE NO. 5:15cv4-RH/CJK

G. JOHNSON,

    Defendant.

_____/

## ORDER CLOSING THE FILE

The plaintiff has filed a notice of voluntary dismissal without prejudice. ECF No. 26. The report and recommendation, ECF No. 29, addresses the notice.

The notice of voluntary dismissal is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(i); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012). This order confirms that the case has been dismissed. The clerk must close the file.

SO ORDERED on October 5, 2015.

                                        s/Robert L. Hinkle
                                        United States District Judge